NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
300 S 4th Street, Ste 950
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for Johan Osorio

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHAN SEBASTIAN OSORIO,<br>JAIME M. MENDOZA, and<br>JUAN ANTONIO ORTIZ.<br>Defendants. | Case No. 2:25-cr-00269-RFB-BNW<br><br>**STIPULATION TO CONTINUE TRIAL AND MOTION DEADLINES**<br>(Fifth Request) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Todd Blanche, Attorney General, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America (hereinafter "the Government"), Nicholas Wooldridge, Esq., Attorney for Johan Osorio; Nicholas D. Johnson, Esq., and Shrey Sharma, Esq., Attorneys for Jaime Mendoza, and Craig Mueller, Esq., Attorney for Juan Ortiz, (collectively, "the Parties"), that the calendar call currently scheduled for January 5, 2027, at the hour of 1:00 p.m., and trial currently scheduled for January 25, 2027, at 8:30 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than 90 days.

…

**IT IS FURTHER STIPULATED AND AGREED**, that the parties herein shall have to and including until January 4, 2027, within which to file any and all pretrial motions and notices of defense.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties, that they shall have to and including January 18, 2027, within which to file any and all responsive pleadings.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties, that they shall have to and including January 25, 2027, within which to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. Counsel for Defendants require additional time to review recently provided additional discovery and to determine whether any pretrial issues require litigation, as well as whether this matter will proceed to trial or can be resolved through negotiations. Accordingly, additional time is necessary to allow counsel to adequately review the discovery and evaluate the appropriate resolution of this matter.

2. Denial of this request for continuance could waste limited judicial resources, and deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

3. The defendants are not currently detained and do not oppose to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

States Code Section § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i), (iv).

This is the Fifth Stipulation to continue filed herein.

DATED: October 5, 2026

By_/s/_Nicholas M Wooldridge
NICHOLAS M. WOOLDRIDGE
Counsel for Johan Osorio

/s/ Nicholas D Johnson
Nicholas D. Johnson
and
/s/ Shrey Sharma
Shrey Sharma
Counsel for Jaime Mendoza

/s/ Craig Mueller
Craig Mueller
Counsel for Juan Ortiz

TODD BLANCHE
Attorney General

/s/ Daniel J. Cowhig
DANIEL J. COWHIG
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHAN SEBASTIAN OSORIO,<br>JAIME M. MENDOZA, and<br>JUAN ANTONIO ORTIZ,<br><br>Defendants. | Case No. 2:25-cr-00269-RFB-BNW<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Defendants require additional time to review recently provided additional discovery and to determine whether any pretrial issues require litigation, as well as whether this matter will proceed to trial or can be resolved through negotiations. Accordingly, additional time is necessary to allow counsel to adequately review the discovery and evaluate the appropriate resolution of this matter.

2. The defendants do not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but to permit counsel for defendant sufficient time within which to be able to effectively complete its investigation of the discovery materials provided thus far.

5. Additionally, denial of this request for continuance could result in a miscarriage

of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

…

…

…

…

…

…

…

…

…

**ORDER**

**IT IS THEREFORE ORDERED** that the parties herein shall have to and including **January 4, 2027,** to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED parties have until March 26, 2027 to file trial briefs, exhibit lists, witness lists, proposed voir dire and proposed jury instructions.

IT IS FURTHER ORDERED Motions in Limine are due on or before March 12, 2027 with responses due March 26, 2027.

IT IS FURTHER ORDERED a joint status report as to parties preparedness to proceed to trial is due on or before **March 5, 2027;** the filing of a stipulation or the Court's receipt of an executed plea agreement will negate the need for a status report.

**IT IS FURTHER ORDERED** that the calendar call currently scheduled for January 5, 2027, at 1:00 p.m. be vacated and continued to **April 6, 2027 at 1:00 p.m.;** and the trial currently scheduled for January 25, 2027, at 8:30 a.m. be vacated and continued to **May 3, 2027 at 8:30 a.m.**

Dated this the 8th day of October, 2026.



THE HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE